UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL BURNS,

     Petitioner,

v.                                    Case No. 3:22cv17474-MCR-HTC

RICKY D DIXON,

     Respondent.

_____/

# **O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 4, 2023 (ECF No. 12).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

(1) The Magistrate Judge's Report and Recommendation, ECF Doc. 12, is adopted and incorporated by reference in this order.

(2) The Motion to Dismiss Petition, ECF Doc. 9, is DENIED.

(3) Respondent shall file a response to the petition within sixty (60) days of the date of this order.

(4) The clerk is directed to refer the case back to the magistrate judge for further proceedings.

**DONE AND ORDERED** this 26th day of May 2023.


*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**