UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL BURNS,

    Petitioner,

v.                                  Case No. 3:22cv17474-MCR-HTC

RICKY D. DIXON,

    Respondent.

_____/

## ORDER

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated April 9, 2024 (ECF No. 30).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  There have been no timely filed objections.

Having considered the Report and Recommendation and the record, I have determined that the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1.    The Magistrate Judge's Report and Recommendation (ECF No. 30) is adopted and incorporated by reference in this order.

2.    The clerk of the court for the United States District Court for the

Northern District of Florida is directed to enter the following judgment: "The Petition, challenging the conviction in *State v. Burns*, 2011 CF 702, in the First Judicial District, in and for Walton County, Florida, ECF Doc. 1, be DENIED without an evidentiary hearing."

3. A certificate of appealability is **DENIED**.

4. The clerk is directed to close the file for this case.

**DONE AND ORDERED** this 4th day of June 2024.

*M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**

Case No. 3:22cv17474-MCR-HTC